FILED
UNITED STATES DISTRICT COURT ... OFFICE
DISTRICT OF MASSACHUSETTS
                                                    2b P 12:59
DOCKET NUMBER:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **MOTION TO ADVANCE** |
| | ) | |
| MICHAEL PINA | ) | |

Now comes the defendant, MICHAEL PINA, and moves that this Honorable Court advance his case which is scheduled for Arraignment on Tuesday, August 3, 2004, to Monday, August 2, 2004, at 11:30 am.

As grounds therefore the defendant states that his attorney has a scheduling conflict in that he is required to appear at United States Federal Court located in Boston in the matter of United States v Ivan Rodrigues.

As further grounds, the defendant states that Assistant United States District Attorney, Donald Cabell, assents to this motion.

WHEREFORE, the defendant respectfully requests that this Honorable Court advance this matter to August 2, 2004.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| MICHAEL PINA ) | |

I, Kelley Anne Sylvia, hereby certify that on Friday, July 23, 2004, I mailed a copy of the foregoing Motion to Advance, to United States Assistant District Attorney Donald Cabell of the United States Attorney's Office, 1 Courthouse Way, Boston, Massachusetts 02210.

*/s/ Kelley-Anne Sylvia*
Kelley-Anne Sylvia