UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>DANIEL GOMES and          )<br>MICHAEL PINA,             )<br>    Defendants,          )<br>                           ) | **CRIMINAL ACTION<br>NO. 04-10195-PBS** |

<u>ORDER OF EXCLUDABLE TIME</u>
September 13, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 16, 2004 (date of expiration of prior order of excludable time) through October 22, 2004 (date by which the Government's substantive motions shall be filed) shall be excluded from the Speedy Trial Act.

                                               /s/Charles B. Swartwood, III
                                               CHARLES B. SWARTWOOD, III
                                               MAGISTRATE JUDGE