```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PINA and | ) | CR. NO. 04-10195-PBS |
| DANIEL GOMES | ) | |
| | ) | |

**ASSENTED TO-MOTION TO CONTINUE INTERIM STATUS CONFERENCE AND EXTEND TIME**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendants' assent to continue the interim status conference in this case, presently scheduled for October 26, 2004, to on or about November 22, 2004, to accommodate counsels' schedules. The defendants also move to extend to November 22, 2004 the time by which it must file any dispositive pretrial motions. The government assents to the defendants' motions. The parties agree that the time encompassed by any continuance should be excluded for purposes of the Speedy Trial Act.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

BY:   /s/Donald L. Cabell
        Donald L. Cabell
        Assistant U.S. Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3105