UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
          v.                         )    CRIMINAL ACTION
                                     )    NO. 04-10195-PBS
DANIEL GOMES and                     )
MICHAEL PINA,                        )
          Defendants,                )
_____  )

STATUS REPORT
November 22, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saris, J. to whom this case is assigned:

1. Discovery

The Defendants have requested that the Government inquire into the existence of any police reports by local law enforcement officers that may be relevant to this case. If those reports exist, the Government has agreed to produce those reports within the next two weeks. Otherwise, discovery is completed.

2. Substantive Motions

The Defendants' counsel have requested an additional briefing schedule for the filing of substantive motions. I have granted that request and all such motions shall be filed by January 6, 2005

and the Government shall file its opposition to such motions by January 20, 2005.

    3.   <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>January 24, 2005, at 10:00 a.m., in Courtroom 16, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

    4.   <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from October 22, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which the Government is to file its opposition to Defendants' substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 31, 2005</u>.

                            /s/Charles B. Swartwood, III
                            CHARLES B. SWARTWOOD, III
                            MAGISTRATE JUDGE