UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>DANIEL GOMES and )<br>MICHAEL PINA, )<br>    Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10195-PBS** |

ORDER OF EXCLUDABLE TIME
November 22, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 22, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which the Government is to file its opposition to Defendants' substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE