UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-10195-PBS
DANIEL GOMES and               )
MICHAEL PINA,                  )
         Defendants,           )
_____)
```

STATUS REPORT
April 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saris, J. to whom this case is assigned:

1. Substantive Motions

Counsel for Mr. Pina intends to file a substantive Motion To Suppress on behalf of his client on April 12, 2005. Mr. Gomes' counsel, who has only recently filed his appearance as successor counsel for Mr. Gomes, has requested a short period to review Mr. Pina's substantive motion to determine whether or not he intends to join in that motion. I have granted him additional time to make that determination. The Government shall file its response to Mr. Pina's Motion To Suppress by April 29, 2005.

2.  Final Status Conference

A final status conference shall be held in this case on May 2, 2005, at 4:00 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 8, 2005 (date of expiration of prior order of excludable time) through April 29, 2005 (date by which the Government is to file its opposition to Mr. Pina's Motion To Suppress).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, July 8, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE