UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL GOMES and ) | CR. NO. 04-10195-PBS |
| MICHAEL PINA ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING**

The government hereby moves with the defendants' assent to continue the hearing on the defendants' suppression motion, presently scheduled for Friday, June 3, 2005, to another mutually convenient date. In support of the motion, the government states that a continuance is necessary to accommodate conflicts in counsels' respective schedules, and will give counsel additional time to discuss issues relating to the case. The parties agree that the time encompassed by any continuance is excludable for purposes of the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/Donald L. Cabell
      DONALD L. CABELL
      Assistant U.S. Attorney