UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:04-10195-PBS

UNITED STATES OF AMERICA

V

MICHAEL PINA

DEFENDANT'S MOTION TO
WAIVE ELECTRONIC FILING

Now comes the defendant, Michael Pina, and moves that this Honorable Court waive the electronic filing Order and allow him to file his Motion to Join by mail.

As grounds therefore the defendant's attorney states that he has begun the process of requesting a log-in and password in order to file electronically. As of this date, June 9, 2005, Attorney Sutter has not received said information from the Court.

Wherefore, the defendant moves that this Honorable Court waive the electronic filing Order and allow him to file his Motion to Join by mail.

By his attorney,

C. Samuel Sutter
C. Samuel Sutter

203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766