```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )
DANIEL GOMES and              )    CR. NO. 04-10195-PBS
MICHAEL PINA                  )
```

**GOVERNMENT'S MOTION TO CONTINUE SUPPRESSION HEARING**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court continue the suppression hearing in this case, presently scheduled for July 8, 2005, to another date. In support of the motion, the undersigned AUSA learned only on the afternoon of July 7th from speaking with the sole, anticipated witness, New Bedford Police Officer Stanley Chaberek, that his wife gave birth on July 3, 2005, and has experienced postpartum issues requiring medical attention and Officer Chaberek's assistance. In connection with these issues, Officer Chaberek and his wife are scheduled to see her physician again on July 8th, which would conflict with his presence at the hearing. The undersigned AUSA immediately contacted counsel and the Court's clerk by telephone to apprise everyone of this development. The AUSA was unable to speak with counsel for defendant Pina, but did speak with counsel for defendant Gomes, and he assents to the motion to continue. Accordingly, the government respectfully requests that the Court continue the hearing to another date.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:

                         /s/Donald L. Cabell
                         DONALD L. CABELL
                         Assistant U.S. Attorney
```