AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

UNITED STATES
v.
MICHAEL PINA
DANIEL GOMES

███████ WITNESS LIST

Case Number: 04-CR-10195-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Don Cabell | Jack Cunha / Sam Sutter |
| TRIAL DATE(S) 8-4-05, 9-9-05 | COURT REPORTER Lee Marzilli / Cheryl ~~Marie Cloonan~~ | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 8-4-05 |   |   | STANLEY ~~CHARLES~~ CHABEREK — New Bedford Police |
|   | 1 | 8-4-05 |   |   | DANIEL GOMES |
| 2 |   | 9-9-05 |   |   | JASON GANGI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages