UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:04-10195-PBS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V | DEFENDANT'S MOTION TO JOIN |
| MICHAEL PINA | |

Now comes the defendant, Michael Pina, and moves that this Honorable Court permit him to join his co-defendant's motion to continue the trial of this case, which is currently scheduled for December 12, 2005.

As grounds therefore, the defendant states that his case is presently joined to the case of the co-defendant. The defendant agrees that the time from December 12, 2005 to the next trial date be excluded from the Speedy Trial Act.

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766