UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DANIEL GOMES and ) | CR. NO. 04-10195-PBS |
| MICHAEL PINA ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

Following the Court's allowance of defendant Daniel Gomes's motion to continue the trial date of December 12, 2005 to a later date, and defendant Michael Pina's motion to join in the continuance, the government now moves with the defendants' assent to exclude the time encompassed by the continuance for purposes of the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney