UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10195-PBS |
| v. | |
| MICHAEL PINA<br>DANIEL GOMES | |

## NOTICE OF PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                  May 25, 2006

      TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **June 1, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                    By the Court,

                                                                            /s/ Robert C. Alba
                                                                           Robert C. Alba, Clerk
                                                                           (617) 748-9175

Copies to:  All Counsel