ATTORNEY ASSIGNMENT REQUEST

Defendant:_Michael Pina __        Case & Defendant Number_04-CR-10195-PBS__

Date of Appointment:__June 1, 2006_     Appointed by:_Saris, D.J._

Attorney Withdrawn_ C. Samuel Sutter_     Date of Withdrawal_____

Reason for Withdrawal__Professional Conflict__

Number of Counts___5___

Charge(s) and Cite(s)___21: 841 (a)(1) Distribution of Cocaine Base____

Indictment__X_____ Information_____     Probation Revocation_____

Number of Defendants__2 _

Judge Code__0129_

Special Instructions:_Appointment of CJA Counsel to represent defendant at Final Pretrial Conference on July 20, 2006, at 4:00 p.m. and Jury Trial scheduled for August 7, 2006, at 9:00 a.m. ___

            ___/s/ Robert C. Alba____
              Deputy Clerk

            Dated__June 1, 2006____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Pina Attorney Assignment Form.wpd**

[attyreq.;kattyreq.]