```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL GOMES and | ) | CR. NO. 04-10195-PBS |
| MICHAEL PINA | ) | |

**<u>GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL</u>**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves with the assent of both defendants that the Court continue the trial from October 3, 2006 to another date to accommodate conflicts in the schedules of the Court and the respective parties.  Counsel in this case have discussed alternative dates and would propose either November 13, 2006, or a date in early December, 2006.  Counsel presume that the Court and parties will discuss the issue of the new trial date in greater detail at the pretrial conference on September 25, 2006.  In the interim, though, the parties respectfully request that the Court rule on the motion to continue as soon as is practicable so that counsel may, if the motion is allowed, begin to schedule obligations for the week of October 2nd.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:

                            /s/Donald L. Cabell
                            DONALD L. CABELL
                            Assistant U.S. Attorney
```