

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

September 15, 2006

Lisa Roland, Deputy Clerk
United States District Court
District of Massachusetts
Federal Courthouse
595 Main Street
Worcester, Massachusetts 01608

     Re:  <u>United States v. Daniel Gomes et al.</u>
         Cr. No. 04-10195-PBS

Dear Ms. Roland:

    I am requesting through this letter a copy of the recording
of the probable cause hearing in this case, held on June 25,
2004.  To the extent the government is able to duplicate or
transcribe the recording, the government agrees to provide copies
to the defendants.

                      Very truly yours,

                      MICHAEL J. SULLIVAN
                      United States Attorney


                 By:  <u>/s/ Donald L. Cabell  </u>
                      DONALD L. CABELL
                      Assistant U.S. Attorney
                      (617) 748-3105