```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           :
                                   :
v.                                 : Crim No. 04-10195-PBS
                                   :
(1) MICHAEL PINA AND               :
(2) DANIEL GOMES                   :
```

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Leah B. Foley
                              LEAH B. FOLEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3144
Dated: September 22, 2006     leah.foley@usdoj.gov
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                September 22, 2006

    I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendants' attorneys by electronic filing.

                                              /s/ Leah B. Foley
                                              LEAH B. FOLEY
                                              Assistant U.S. Attorney