```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )
DANIEL GOMES and              )    CR. NO. 04-10195-PBS
MICHAEL PINA                  )
```

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and Leah B. Foley, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial. The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. A map of a section of the city of New Bedford;

2. Various photographs depicting sections of the city of New Bedford;

3. Audiocassette recordings of conversations between defendant Michael Pina and anticipated witnesses on various dates between January 22-29, 2004, February 5, 2004 and February 13, 2004;

4. Audio and/or video recordings of the transactions alleged in the Indictment;

5. 5 bags containing cocaine base and/or drug certification reports;

6. Various personal papers and ID cards belonging to Daniel Gomes, recovered in a bedroom during a search of 26 Sycamore Street, New Bedford, on June 24, 2004;

7. An ID card belonging to Michael Pina, recovered during a search of 26 Sycamore Street, New Bedford, on June 24, 2004;

8. A bottle of Inositol powder, recovered during a search of 26 Sycamore Street, New Bedford, on June 24, 2004;

9. A US-200 scale, recovered during a search of 26 Sycamore Street, New Bedford, on June 24, 2004;

10. A plastic bag of marijuana containing three individually wrapped bags of marijuana recovered during a search of 26 Sycamore Street, New Bedford, on June 24, 2004;

11. Miscellaneous papers and photos of the defendants recovered in a kitchen drawer during a search of 26 Sycamore Street, New Bedford, on June 24, 2004.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

BY: /s/Donald L. Cabell
    DONALD L. CABELL
    LEAH B. FOLEY
    Assistant U.S. Attorneys
    One Courthouse Way, Suite 9200