```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
     v. )
) CR. NO. 04-10195-PBS
DANIEL GOMES and )
MICHAEL PINA )

## GOVERNMENT'S LIST OF WITNESSES

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and Leah B. Foley, hereby submits the following list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1)  S.A. Stephanie Shafer, BATF;

(2)  S.A. Robert White, BATF;

(3)  S.A. John Pijaca, BATF;

(4)  S.A. Kenneth Croke, BATF;

(5)  S.A. Brendan Hickey, BATF;

(6)  Paul Oliveira, New Bedford Police Department (NBPD);

(7)  David Conceicao, NBPD;

(8)  Stanley Chaberek, NBPD;

(9)  Jason Gangi, NBPD;

(10) Michael Martin, NBPD;

(11) David Pellott/Velasquez, New Bedford;

(12) Nicholas Winchenback, New Bedford;

(13) Custodian of Records, Enterprise Car Rentals;

(14) Custodian of Records, Acura of Newport;

(15) Dino DaCosta, New Bedford;

(16) Della Saunders, State Laboratory, Boston, MA;

(17) Michael Lawler, State Laboratory, Boston, MA;

(18) Elisabeth O'Brien, State Laboratory, Boston, MA;

(19) Sonja Farak, State Laboratory, Boston, MA; and

(20) Annie Khan, State Laboratory, Boston, MA.

                                    Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/Donald L. Cabell
DONALD L. CABELL
LEAH B. FOLEY
Assistant U.S. Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210