```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )   CR. NO. 04-10195-PBS
DANIEL GOMES and            )
MICHAEL PINA                )
```

**GOVERNMENT'S SUPPLEMENTAL LIST OF WITNESSES**

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and Leah B. Foley, hereby submits this supplemental list of the individuals the government may call as witnesses in its case-in-chief:

   (1)  Michelle Rosa, New Bedford; and

   (2)  Mass. State Police Trooper Christopher Dumont.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         BY:  /s/Donald L. Cabell
                              DONALD L. CABELL
                              LEAH B. FOLEY
                              Assistant U.S. Attorneys
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
```