UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10195-PBS |
| | ) | |
| MICHAEL PINA and | ) | |
| DANIEL GOMES | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, Daniel Gomes, the government will seek increased punishment by reason of the following criminal convictions:

>1996 Distribution of Marijuana; 1997 Possession of Marijuana with intent to distribute.

 

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
LEAH B. FOLEY
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document and attachments by hand.

    This 10th day of October, 2006.

                                      _____
                                      LEAH B. FOLEY