```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10195-PBS |
| | ) | |
| MICHAEL PINA and | ) | |
| DANIEL GOMES | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, Michael Pina, the government will seek increased punishment by reason of the following criminal convictions:

> Possession with Intent to Distribute a Class B substance, to wit Cocaine; date of conviction 1999.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
LEAH B. FOLEY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document and

attachments by hand.

This 10th day of October, 2006.

                                              _____
                                              LEAH B. FOLEY