```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No.  04-10195-PBS
                              )
                              )
MICHAEL PINA and              )
DANIEL GOMES                  )
                              )
        Defendant.            )
```

### INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, Michael Pina, the government will seek increased punishment by reason of the following criminal convictions:

> Possession with Intent to Distribute a Class B substance, to wit Cocaine; date of conviction 1999.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Leah B.  Foley
                              LEAH B. FOLEY
                              Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document and attachments by hand.

    This 10th day of October, 2006.

<u>/s/ Leah B.  Foley</u><br>
LEAH B. FOLEY