UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL GOMES and | ) | CR. NO. 04-10195-PBS |
| MICHAEL PINA | ) | |

FILED
In Open Court
USDC, Mass.
Date 10/12/06
By

**WITHDRAWAL OF INFORMATION**
**FILED PURSUANT TO 21 U.S.C. §851**

The United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby withdraws the Information it filed in this case pursuant to 21 U.S.C. §851. In support thereof, the government states that the withdrawal is in the interests of justice.

Respectfully submitted,

_____
MICHAEL K. LOUCKS
Acting United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery: Michael Andrews, Counsel to Michael Pina
John Cunha, Counsel to Daniel Gomes

This 12th day of October, 2006.

_____
ASSISTANT UNITED STATES ATTORNEY