| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>CR-05-10195-PBS |
| DEFENDANT<br>MICHAEL PINA AND DANIEL GOMES | | TYPE OF PROCESS:<br>Preliminary Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: |
|---|---|
| | MICHAEL PINA, Register No. 25275038 |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | FCA Allenwood Medium, Federal Correctional Institution, P.O. Box 2000, Deerwood, PA 17887 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Kristina E. Barclay, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-named individual via certified mail, return receipt requested.
CATS ID No.04-ATF-001155                                                                 JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of:<br>[signature]   ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>December 7, 2007 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ___ | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service<br>1/18/08 | Time<br>9:04 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy<br>[signature] Andrea ATF S/A | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:
See attached US Postal Service tracking re: delivery

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGEMENT OF RECEIPT

USPS - Track & Confirm                                                                 Page 1 of


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0005 5780 5318**
Status: **Delivered**

Your item was delivered at 9:04 AM on January 18, 2008 in WHITE DEER, PA 17887.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA