# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR-05-10195-PBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHAEL PINA AND DANIEL GOMES | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish a copy of the attached Notice of Forfeiture at least once per week for three successive weeks in the Boston Herald or any other newspaper having a general circulation in this District, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

CATS ID No. 04-ATF-001155                                              JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: December 7, 2007

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No. ___ | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date 12/20/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Department of Justice
Bureau of ATF
Asset Forfeiture Seized Property Branch
99 New York Avenue, NE
Mail Stop 3 North 600
Washington, DC 20226

Date of Service: 2/19/08    Time: ___ am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

*Proof/Affidavit Attached*

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _8th_ day of _February_ A.D. 20 _08_ personally appeared before the undersigned, a Notary Public, within and for the said county, _LISA Pupillo_

of the _Boston Herald_ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

_Notice of Forfeiture Case# 762025-04-0027_ advertisement was published in said newspaper in its issues of

_Dec 27, 2007, Jan 3, 2008, Jan 10, 2008_ A.D. 20 _08_

_Lisa Pupillo_

Subscribed and sworn to before me this _4th_

day of _February_ A.D. 20 _08_

_Barbara Lundbohm_
Notary Public



BARBARA LUNDBOHM
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 1, 2013

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**NOTICE OF ORDER OF FORFEITURE**

Criminal Case No. 04-10195-PBS.

United States of America, District of Massachusetts, at Boston, Massachusetts.

Notice is hereby given that; on September 21, 2007, a Preliminary Order of Forfeiture was entered pursuant to 21 U.S.C. § 853, in the United States District Court against Defendants, Michael Pina and Daniel Gomez' interest in the following:

$1,572.90 in U.S. Currency, seized on May 26, 2005, from 193 Cottage Street, New Bedford, MA.

Pursuant to the provisions set forth in 21 U.S.C. § 853 (n) (2), any person, other than the Defendant, asserting a legal interest in the asset set forth above within thirty (30) days of the final publication of the notice or that person's receipt of direct written notice, whichever is earlier, must file a petition with the United States District Court in the District of Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the asset; and the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the asset, the time and circumstances of the petitioner's acquisition of the right, title, and the relief sought. The petition must also be served upon the United States Attorney's Office, Courthouse Way, Suite 9200, Boston, Massachusetts 02210, Attention: Asset Forfeiture Unit within the thirty (30) day period provided under 21 U.S.C. § 853 (n).

Upon adjudication of all third party interests, the Court will enter a final order of forfeiture in which all such interests will be addressed. At that time, the United States of America intends to dispose of the above-described asset in accordance with law.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS AND EXPLOSIVES
DEPARTMENT OF JUSTICE
Dec 27, Jan 3, 10