Mr. Michael Pina
No. 25275-038
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA  17887

In re: 1:04-CR-10195-PBS-1
        Case Number

Honorable Judge Patti B. Saris
UNITED STATES DISTRICT COURT
John Joseph Moakley CourtHouse
1  Court House Way, Suit 2300
Boston, MA  02210

Dear Judge Saris:

My name is Michael Pina, I was sentenced by you on a distribution of Crack Cocaine Charge to 120 months my case number is 1:o4-CR-10195-PBS-1.

I am writing to inquire about the new law which came out on 12/10/07 the Supreme Court case in Kimbrough v. United States, 06-6330. Dealing with the Statute criminalizing the manufacture and distribution of cocaine, Pursuant to 21 U.S.C. § 841 and the 100 to 1 disparity to Powdwe cocaine and the new Sentencing guide-lines.

Judge, Saris, I am requesting to know if I an eligible to receive any relief from this issue.

Thanking you in advance for any and all actions taken on my behalf concerning this issue, I would greatfully appreciate a response from this court.

Date  3/7/2008

Respectfully Submitted
*Michael Pina*
Mr. Michael Pina
No. 25275-038
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA  17887