## ATTORNEY ASSIGNMENT REQUEST

Defendant:   Michael Pina

Case & Defendant Number:   04-CR-10195-PBS

Date of Appointment: 3/20/08

Appointed by: Saris, D.J.

Attorney Withdrawn: n/a

Date of Withdrawal: n/a

Reason for Withdrawal: n/a

Number of Counts: 5

Charge(s) and Cite(s):

21:841 (a)(1) Distribution of Cocaine Base. (Counts 1&2).

21:841(a)(1) Distribution of Cocaine Base;18:2 Aiding and Abetting (Counts 3-5)

Indictment:   X          Information:          Probation Revocation:

Number of Defendants:

Judge Code: 0129

Special Instructions: Appointment of former CJA counsel Mike Andrews to represent defendant and review his request for potential re-sentencing under the amended crack cocaine guidelines.

/s/ Robert C. Alba
Deputy Clerk

Date 3/20/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form (crack appointment).wpd**

[attyreq.;kattyreq.]