UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL NO. 04-10195-PBS |
| ) | |
| MICHAEL PINA              ) | |

NOTICE OF APPEARANCE

Undersigned counsel, Timothy G. Watkins, hereby files his appearance on behalf of defendant Michael Pina regarding the above-captioned matter.

MICHAEL PINA
By His Attorney:


/s/Timothy G. Watkins
Timothy G. Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


CERTIFICATE OF SERVICE

_____I, Timothy G. Watkins, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2008.

/s/ Timothy G. Watkins
Timothy G. Watkins